UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHARLES DAWSON, | ) |
|                 Plaintiff, | ) |
| v. | ) No. 2:19-cv-00222-JPH-MJD |
| ROBERT E. CARTER, | ) |
| CHARLES DUGAN, | ) |
| DICK BROWN, | ) |
| JERRY SNYDER, | ) |
| RANDALL PARCEL, | ) |
| JACK HENDRIX, | ) |
|                 Defendants. | ) |

**ENTRY GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS CARTER AND HENDRIX**

Defendants Carter and Hendrix have filed an unopposed motion for summary judgment, dkt. [49], designating evidence that they had no personal involvement with the decision to place Mr. Dawson in administrative segregation or his 30-day reviews, *see* dkt. 49-1; dkt. 49-3; dkt. 50. "Individual liability under § 1983… requires personal involvement in the alleged constitutional deprivation." *Colbert v. City of Chicago,* 851 F.3d 649, 657 (7th Cir. 2017) (internal quotation omitted) (citing *Wolf-Lillie v. Sonquist*, 699 F.2d 864, 869 (7th Cir. 1983) ("Section 1983 creates a cause of action based on personal liability and predicated upon fault. An *individual* cannot be held liable in a § 1983 action unless he caused or participated in an alleged constitutional deprivation.... A causal connection, or an affirmative link, between the misconduct complained of and the official sued is necessary.")). Neither of these defendants were personally involved in the events challenged by the plaintiff in this case. The designated evidence demonstrates that 1) defendant Carter was not personally involved with any of the classification decisions challenged

1

in this case, and 2) neither of these defendants were made aware of the plaintiff's conditions of confinement. *See* dkt. 49-1, dkt. 49-3. Because they cannot be held liable as individuals under § 1983 without personal involvement, *see Colbert*, 851 F.3d at 657, their motion for summary judgment, dkt. [49], is **GRANTED**.

No partial final judgment shall issue at this time as to the claims brought against defendants Carter and Hendrix. The plaintiff's motion for summary judgment, dkt. 39, remains pending.

**SO ORDERED.**

Date: 12/17/2020

                                                                                   James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CHARLES DAWSON
162406
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362

David C. Dickmeyer
INDIANA ATTORNEY GENERAL
David.Dickmeyer@atg.in.gov

Brandon Alan Skates
INDIANA ATTORNEY GENERAL
brandon.skates@atg.in.gov